IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAPHNE TRAVIS, Personal Representative for the Estate of Samuel R. Travis;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:18CV60<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 26)

IT IS ORDERED, ADJUDGED AND DECREED that the claims between Plaintiff and Defendant are dismissed with prejudice, the parties to pay their own costs and attorney fees.

August 22, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge